UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEFENDANT NO. 1: WALTHER PISTOL ) <br> MODEL PPS, 9 CAL, ) <br> SN: AT6354; ) <br> ) <br> DEFENDANT NO. 2: 2 ROUNDS ) <br> WINCHESTER-WESTERN AMMO, ) <br> 9 CAL; ) <br> ) <br> Defendants. ) <br> _____) | Case No. 23- 01005 |

## COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by and through its attorneys, Duston J. Slinkard, United States Attorney for the District of Kansas, and Scott L. Anderson, Special Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1. This is an action to forfeit and condemn to the use and benefit of the United States of America the above-captioned property (hereinafter defendants), for violations of 18 U.S.C. § 922.

### THE DEFENDANTS IN REM

2. The defendants consist of:

        A.        Walther Pistol Model PPS, 9 CAL, SN: AT6354; and

        B.        2 Rounds Winchester-Western Ammo, 9 CAL.

3. The defendants were seized by the Lawrence Kansas Police Department on or about May 10, 2019. The defendants are currently in the custody of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

## JURISDICTION AND VENUE

4. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendants. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355.

5. This Court has *in rem* jurisdiction over the defendants under 28 U.S.C. § 1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the defendants pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

6. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and/or pursuant to 28 U.S.C. § 1395, because the defendants are located in this district.

## BASIS FOR FORFEITURE

7. Defendants are subject to forfeiture pursuant to 18 U.S.C. § 924(d) because they are a firearm or ammunition used in or involved in a violation of 18 U.S.C. § 922.

8. Supplemental Rule G(2)(f) requires this complaint to state sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at

trial. Such facts and circumstances supporting the seizure and forfeiture of the defendants are contained in <u>Exhibit A</u> which is attached hereto and incorporated by reference.

## CLAIM FOR RELIEF

WHEREFORE, the plaintiff requests that the Court issue a warrant of arrest *in* rem for the defendants; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the defendants; that the defendants be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above-entitled matter be held in the City of Wichita, Kansas.

Respectfully submitted,

DUSTON J. SLINKARD
United States Attorney

SCOTT A. ANDERSON, #26095
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax: (316) 269-6484
scott.anderson2@usdoj.gov

## DECLARATION

I, Steven Waters, Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives in the District of Kansas, have read the contents of the foregoing Complaint for Forfeiture In Rem and the exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of January, 2023.

Steven Waters
Special Agent
ATF

4